# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RICHARD W. PORTER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF MA, et al.,**<br><br>Defendants. | **CIVIL ACTION NOS.**<br>**23-40134-TSH**<br>**23-40137-TSH**<br>**23-40138-TSH**<br>**23-40139-TSH** |

## ORDER

**HILLMAN, J.**                                                                                                   **November 6, 2023**

Plaintiff Richard W. Porter, Jr. ("Porter"), who is proceeding *pro se*, has filed four identical complaints against different defendants. He alleges that he that he was wrongfully taken into police custody, subsequently committed to Worcester Recovery Center and Hospital ("WRCH") for psychiatric treatment, and that he has been unlawfully confined at WRCH since November 2020. He seeks $600,000 in lost wages, $30,000 in lost Social Security income, $2,000,000 in lost rental income. He also seeks the home in which Nancy Morino, one of the defendants, lives. Porter believes that he holds the deed for Morino's residence.

The Court has addressed these allegations in several earlier lawsuits, all of which the Court dismissed *sua sponte*. *See, e.g*, *Porter v. Commonwealth*, C.A. No. 23-40084-MRG; *Porter v. Malden Dist. Ct.*, C.A. No. 23-40086-TSH; *Porter v. Commonwealth*, C.A. No. 40114-TSH. Porter's reassertion of these claims does produce a different result. Thus, for the reasons stated in *Porter v. Commonwealth*, C.A. No. 23-40084-MRG; *Porter v. Malden Dist. Ct.*, C.A. No. 23-40086-TSH; *Porter v. Commonwealth*, C.A. No. 40114-TSH, these actions will be DISMISSED.

Accordingly, the Court hereby orders:

1. The motions for leave to proceed *in forma pauperis* in C.A. Nos. 23-40134-TSH 23-40137-TSH, 23-40138-TSH, and 23-40139-TSH are each ALLOWED.

2. Civil Action Nos. 23-40134-TSH, 23-40137-TSH, 23-40138-TSH, and 23-40139-TSH are DISMISSED.  Any pending motions shall be terminated.

3. The Clerk shall provide Porter with a copy of the dismissal orders in *Porter v. Commonwealth*, C.A. No. 23-40084-MRG, *Porter v. Malden Dist. Ct.*, C.A. No. 23-40086-TSH, and *Porter v. Commonwealth*, C.A. No. 40114-TSH.

**So Ordered.**

/s/ Timothy H. Hillman
United States District Judge

Dated: November 6, 2023